UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 95 CR 110 |
| v. | ) | |
| | ) | |
| JOHN D'AMICO, | ) | Judge John F. Grady |
| | ) | |
| Defendant | ) | |
| | ) | |

**SATISFACTION OF JUDGMENT**

Judgment was entered for the United States, and against the defendant, John D'Amico, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $59,498.50 has been satisfied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

SATISFACTION OF JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 4, 2007, to the following non-ECF filers:

John D'Amico
4853 N. Kilbourn
Chicago, IL 60630

By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331